**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Matthew Burghardt, as Guardian of Matthew B. Burghardt,** | ) | **Case No. 5:19-CV-00325** |
| | ) | **Judge Sara Lioi** |
| **Plaintiff,** | ) | |
| **vs.** | ) | **<u>SECOND JOINT STATUS REPORT</u>** |
| **Ezekiel Ryan, *et al.*,** | ) | |
| **Defendants.** | ) | |

Pursuant to the Court's Order dated June 26, 2019, the Plaintiff and Co-Defendant Ezekiel Ryan, submit the following Second Joint Status Report:

1) The parties have exchanged paper discovery. Plaintiff has received a response to the subpoena issued to the Village of Lakemore. The parties are in the process of scheduling depositions.

2) No settlement negotiations have occurred.

3) There are no pending motions at this time.

4) No developments have occurred at this time that should cause a deviation from the previously established Case Management Plan.

Respectfully submitted,

*/s/ Kenneth A. Calderone*

Kenneth A. Calderone (0046860)
Anne M. Markowski (0069705)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44333
Telephone: (330) 670-7324 / (330) 670-7601
Facsimile: (330) 670-7440 / (330) 670-7456
Email: kcalderone@hcplaw.net
amarkowski@hcplaw.net
*Attorneys for Defendant Ezekiel Ryan*

*/s/ Jacqueline Greene*
JACQUELINE GREENE (0092733)
SARAH GELSOMINO (0084340)
TERRY H. GILBERT (0021948)
FRIEDMAN & GILBERT
55 Public Square, Suite 1055
Cleveland, Ohio 44113
T: (216) 241-1430
F: (216) 621-0427
jgreene@f-glaw.com
sgelsomino@f-glaw.com
tgilbert@f-glaw.com
*Attorneys for Plaintiff Matthew Burghardt, as Guardian of Matthew B. Burghardt*

**CERTIFICATE OF SERVICE**

This document was filed on September 16, 2019, using the court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this document through the Court's electronic filing system. Copies of this filing were mailed to the parties not on the Court's electronic filing system.

*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
Anne M. Markowski (0069705)
*Attorneys for Defendant Ezekiel Ryan*

<<HCP #1069863-v1>>