# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Matthew Burghardt, as Guardian of Matthew B. Burghardt,** | ) Case No. 5:19-CV-00325 ) |
| | ) **Judge Sara Lioi** |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **THIRD JOINT STATUS REPORT** |
| | ) |
| **Ezekiel Ryan,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

Pursuant to the Court's Order dated June 26, 2019, the parties submit the following Third Joint Status Report:

(1) The parties have exchanged paper discovery. Plaintiff has received a response to the subpoena issued to the Village of Lakemore. The following depositions have been scheduled:

- November 13, 2019: Kristofer London and Eric East
- November 14, 2019: Ezekiel Ryan
- December 3, 2019: Christian McKay Beard
- December 4, 2019: Matthew Burghardt (Guardian of)

The parties have set aside December 5, 2019, for additional depositions.

(2) No settlement negotiations have occurred.

(3) Defendant Ryan has a motion for protective order pending before this Court. Plaintiff intends to oppose this motion.

(4) No developments have occurred at this time that should cause a deviation from the previously established Case Management Plan.

| | |
|---|---|
| */s/ Jacqueline Greene email approval 10/30/19* | */s/ Kenneth A. Calderone* |
| Jacqueline Greene (0092733) | Kenneth A. Calderone (0046860) |
| Sarah Gelsomino (0084340) | Anne M. Markowski (0069705) |
| Terry Gilbert (0021948) | Hanna, Campbell & Powell, LLP |
| Friedman & Gilbert | 3737 Embassy Parkway, Suite 100 |
| 55 Public Square, Suite 1055 | Akron, OH  44333 |
| Cleveland, OH  44113 | Telephone:  (330) 670-7324 / (330) 670-7601 |
| Telephone:  (216) 621-0427 | Facsimile:   (330) 670-7440 / (330) 670-7456 |
| Facsimile:   (216) 241-1430 | Email:  kcalderone@hcplaw.net |
| Email:  jgreene@f-glaw.com |             amarkowski@hcplaw.net |
|             sgelsomino@f-glaw.com | *Attorneys for Defendant Ezekiel Ryan* |
|             tgilbert@f-glaw.com | |
| *Attorneys for Plaintiff* | |

*/s/ Gregory A. Beck email approval 10/29/19*
Gregory A. Beck (0018260)
Mel Lute, Jr. (0046752)
Baker, Dublikar, Beck, Wiley & Mathews
400 South Main Street
North Canton, OH  44720
Telephone:  (330) 499-6000
Facsimile:   (330) 499-6423
Email:  beck@bakerfirm.com
            lute@bakerfirm.com
*Attorneys for Defendant Kristofer London*

## **CERTIFICATE OF SERVICE**

This document was filed on October 30, 2019, using the court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this document through the Court's electronic filing system. Copies of this filing were mailed to the parties not on the Court's electronic filing system.

*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
Anne M. Markowski (0069705)
*Attorneys for Defendant Ezekiel Ryan*

<<HCP #1077463-v1>>