### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **MATTHEW BURGHARDT,** as guardian of **Matthew B. Burghardt,**<br><br>        Plaintiff,<br><br>-vs-<br><br>**EZEKIEL RYAN,** *et al.*,<br><br>        Defendants. | Case No. 5:19-CV-00325<br><br>Judge Sara Lioi<br><br><br><br>**Parties' Fourth Joint Status Report** |

Pursuant to the Court's Order dated June 26, 2019, the parties submit the following Fourth Joint Status Report:

**(1) Discovery during the reporting period:**

- November 13, 2019: Defendant Kristofer London; Eric East
- November 14, 2019: Defendant Ezekiel Ryan

**(2) Settlement discussions during the reporting period:**

None.

**(3) Motions filed or pending during the reporting period:**

- Defendant Ryan's motion for protective order, opposed by Plaintiff, remains pending.

- On December 16, 2019, the Parties filed:
  - Joint Motion to Consolidate
  - Joint Motion Requesting Status Conference

**(4) Developments giving rise to a request to deviate from the Case Management schedule and/or Trial Order:**

The Parties' pending motions include a request to deviate from the Case Management schedule for the purposes of consolidation with *Beard v. Ryan, et al.*, Case No. 5:19-CV-02788.

Respectfully submitted,

| | |
|---|---|
| */s/ Jacqueline Greene* | */s/ Kenneth A. Calderone (per e-mail consent)* |
| Jacqueline Greene (0092733) | Kenneth A. Calderone (0046860) |
| Sarah Gelsomino (0084340) | Anne M. Markowski (0069705) |
| Terry Gilbert (0021948) | HANNA, CAMPBELL & POWELL, LLP |
| FRIEDMAN & GILBERT | 3737 Embassy Parkway, Suite 100 |
| 55 Public Square, Suite 1055 | Akron, OH  44333 |
| Cleveland, OH  44113 | T: (330) 670-7324 / (330) 670-7601 |
| T:  (216) 621-0427 | F: (330) 670-7440 / (330) 670-7456 |
| F:  (216) 241-1430 | kcalderone@hcplaw.net |
| jgreene@f-glaw.com | amarkowski@hcplaw.net |
| sgelsomino@f-glaw.com | |
| tgilbert@f-glaw.com | *Attorneys for Defendant Ezekiel Ryan* |
| | |
| *Attorneys for Plaintiff Matthew Burghardt* | */s/ Gregory A. Beck (per e-mail consent)* |
| | Gregory A. Beck (0018260) |
| | Mel Lute, Jr. (0046752) |
| | BAKER, DUBLIKAR, BECK, WILEY & MATHEWS |
| | 400 South Main Street |
| | North Canton, OH  44720 |
| | T: (330) 499-6000 |
| | F: (330) 499-6423 |
| | beck@bakerfirm.com |
| | lute@bakerfirm.com |
| | |
| | *Attorneys for Defendant Kristofer London* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> */s/ Jacqueline Greene*
> JACQUELINE GREENE
> *One of the Attorneys for Plaintiff*